AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

Case Number: 00-6057-CV-DMM
                    TEB

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

SAUNDRA L. HOWARD
16651 POB 16651
FORT LAUDERDALE, FL 33318

TO: (Name and Address of Defendant)

    SAUNDRA L. HOWARD
    16651 POB 16651
    FORT LAUDERDALE, FL 33318



YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

    Mary F. Dooley
    Assistant United States Attorney
    99 NE 4TH STREET
    3RD FLOOR
    MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox
CLERK  *(Martha Diaz)*

\_\_1/12/00_____ DATE

(BY) DEPUTY CLERK