NIGHT BOX
FILED

MAR 30 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6057-CIV-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**SAUNDRA HOWARD**,

        Defendant,
_____/

## NOTICE OF SUBMISSION OF PROPOSED CONSENT JUDGMENT

Plaintiff, the United States of America, by and through THOMAS E. SCOTT, United States Attorney for the Southern district of Florida, Mary F. Dooley, Assistant U.S. Attorney hereby notifies this Court and defendant **Saundra Howard** that it has submitted a Proposed Consent Judgment to the Court for entry.

A copy of the proposed consent judgment is attached hereto.

        Respectfully submitted,

        THOMAS E. SCOTT
        UNITED STATES ATTORNEY

BY:   MARY F. DOOLEY
      ASSISTANT U.S. ATTORNEY
      Bar No. 112933
      99 N.E. 4TH STREET, Suite 300
      Miami, FL 33132
      Tel No. (305) 961-9311
      Fax No. (305) 530-7195

DATED 3/30/00

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
DADE DIVISION

Case No.: 00-6057-CIV-MIDDLEBROOKS

UNITED STATES OF AMERICA,

          Plaintiff

vs.

SAUNDRA L. HOWARD

          Defendant.
_____/

FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the complaint filed herein.

3. The defendant hereby agrees to the entry of a consent judgment in the sum of $7139.89 (principal of $5793.16, administrative cost of $.00 and interest in the amount of $1346.73 through **January 31, 2000** plus interest at 7.00% percent per annum from **January 31, 2000**, through the date of judgment and interest at the legal rate thereafter until paid in full.

4. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

5. The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 99 N.E. 4th Street, Suite 300, Miami, FL 33132.

6. The defendant shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence by the United States Attorney.

Respectfully submitted,

Thomas E. Scott
United States Attorney

DATE: 3/30/00

Mary F. Dooley
Assistant U.S. Attorney
99 NE 4th Street
3rd Floor
Miami, FL 33132-2111

DATE: 3/15/00

Saundra L. Howard
P.O.B. 16651
Plantation, FL 33318
Defendant Phone: (954) 741-4501

APPROVED THIS _____ DAY OF _____, 20___

_____
United States District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 30 day of **March, 2000**

Saundra Howard
PO Box 16651
Plantation, FL 33318

_____
Mary F. Dooley
Assistant U.S. Attorney